

## GEORGE W. WRIGHT & ASSOCIATES, LLC
*Attorneys At Law*

George W. Wright*
Narinder S. Parmar*

October 18, 2021

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **Starr Indemnity & Liability Company, Inc., a/s/o Bemis Associates, Inc., and Bemis Associates, Inc. v. C.H. Robinson Worldwide, Inc. Civil Action No. 1:21-cv-6595 (RA)(JLC)**

Dear Judge Abrams:

We represent defendant C.H. Robinson Worldwide, Inc. ("CHR") and write to request that the October 22, 2021 deadline to submit a proposed case management plan and scheduling order, and the October 29, 2021 initial status conference in this matter, be adjourned for forty-five (45) days to December 6 and 13, 2021, respectively.

The reason for the request is that CHR is filing Third-Party Complaints against the involved motor carriers Onstar Services, Inc. d/b/a JetEx Air Express, Inc. and Complete Transport Systems, LLC. The requested adjournments would afford the third-party defendants time to appear and participate in the case management plan and initial conference.

CHR has not made a previous request to extend the above dates and plaintiffs' counsel consent to the requested extensions.

*New Jersey*
505 Main Street
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

*New York*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
www.wright-associate.com

*Member NJ & NY Bars



Attorneys At Law
## GEORGE W. WRIGHT & ASSOCIATES, LLC

We thank you for your attention and consideration.

Respectfully submitted,

*George W. Wright*

George W. Wright

GWW:ds

cc:  John T. Lillis, Esq. (Via ECF)
     Robert L. Reeb, Esq. (Via ECF)
     Kendrick M. Jordan, Esq. (Via ECF)

Application granted.

The case management plan and scheduling order are now due by December 13, 2021, and the initial status conference is to be held on December 20, 2021 at 10:00 a.m.

The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/19/2021