USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR INDEMNITY & LIABILITY COMPANY, INC., a/s/o Bemis Associates, Inc., and BEMIS ASSOCIATES, INC.,

    Plaintiffs,

v.

C.H. ROBINSON WORLDWIDE, INC.,

    Defendant.

C.H. ROBINSON WORLDWIDE, INC.,

    Third-Party Plaintiff,

v.

ONSTAR SERVICES, INC. d/b/a JETEX AIR EXPRESS, INC. and COMPLETE TRANSPORT SYSTEMS, LLC,

    Third-Party Defendants.

21-CV-6595 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the Third-Party Complaint filed against Onstar Services, Inc. d/b/a Jetex Air Express, Inc. and Complete Transport Systems, LLC, Third-Party Plaintiff is directed to serve Third-Party Defendants with all prior orders in this case, including the Order dated October 19, 2021, setting the deadlines for the case management plan and scheduling order and scheduling the initial status conference, Dkt. 28.

SO ORDERED.

Dated: November 1, 2021
      New York, New York

_____
Ronnie Abrams
United States District Judge