UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

STARR INDEMNITY & LIABILITY COMPANY, INC. a/s/o BEMIS ASSOCIATES, INC., and BEMIS ASSOCIATES, INC.,

    Plaintiffs,

v.

C.H. ROBINSON WORLDWIDE, INC.,

    Defendant.

C.H. ROBINSON WORLDWIDE, INC.,

    Third-Party Plaintiff,

v.

ONSTAR SERVICES, INC. d/b/a JETEX AIR EXPRESS, INC., and COMPLETE TRANSPORT SYSTEMS, LLC,

    Third-Party Defendants.

No. 21-cv-6595

ORDER

RONNIE ABRAMS, United States District Judge:

    A conference to show cause why default judgment should not be entered in favor of Third-Party Plaintiff C.H. Robinson Worldwide, Inc. ("CHR") for the relief requested in the Third-Party Complaint was scheduled in this matter for May 26, 2023 at 1:00 p.m. Neither party appeared. The conference is hereby rescheduled to June 14, 2023 at 3:00 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

No later than June 2, 2023, CHR shall serve a copy of this Order on Onstar Services, Inc., otherwise known as JetEx, by the methods described in Rule 4 of the Federal Rules of Civil Procedure.  CHR shall file proof of service of this Order with the Court.

SO ORDERED.

Dated:     May 26, 2023
          New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge