UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, INC., a/s/o Bemis Associates, Inc., and BEMIS ASSOCIATES, INC., | Civil Case No.: 1:21-cv-06595 |
| Plaintiffs, | |
| v. | |
| C.H. ROBINSON WORLDWIDE, INC., | |
| Defendant. | |

C.H. ROBINSON WORLDWIDE, INC.,

        Third-Party Plaintiff,

v.

ONSTAR SERVICES, INC. d/b/a JETEX
AIR EXPRESS, INC. and COMPLETE TRANSPORT
SYSTEMS, LLC

        Third-Party Defendants.

# [PROPOSED] ORDER FOR FINAL JUDGMENT BY DEFAULT AS TO THIRD-PARTY DEFENDANT ONSTAR SERVICES, INC. D/B/A JETEX AIR EXPRESS, INC.

This matter comes before the Court on Defendant/Third-Party Plaintiff, C.H. Robinson Worldwide, Inc.'s Motion for Final Judgment by Default against Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc.

The Court finds that:

a) Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc, was served on October 22, 2021, but has not answered or otherwise responded to the Third-Party Complaint, nor otherwise entered an appearance;

b) The Clerk of this Court entered a Certificate of Default as to Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc, on November 30, 2021;

c) Personal jurisdiction exists over Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc.; and,

d) Third-Party Plaintiff, C.H. Robinson Worldwide, Inc.'s Third-Party Complaint sufficiently pleads a cause of action for implied indemnity to establish liability against Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc.

Based on the foregoing, and the Court being duly advised:

This Court enters an Order GRANTING Defendant/Third-Party Plaintiff, C.H. Robinson Worldwide, Inc.'s Motion for Final Judgment by Default against Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc., with the amount of the judgment to be $80,413.20, which reflects $40,000.00 in indemnification and $40,413.20 in attorney's fees; subject to pre-judgment interest of 9% per year from the date that Third-Party Defendant, C.H. Robinson Worldwide, Inc. filed its Motion for Final Judgment by Default to the date of this Order; and subject to post-judgment interest of 9% per year from the date this Order is entered to the date the judgment is satisfied. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 71 and close this case.

SO ORDERED.

DATE:      June 28, 2023                                          _____

HON. RONNIE ABRAMS, U.S.D.J.