**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
STARR INDEMNITY & LIABILITY COMPANY,
INC., a/s/o Bemis Associates, Inc., and BEMIS
ASSOCIATES, INC.,                                                             21 **CIVIL** 6595

                      Plaintiffs,                                        **DEFAULT JUDGMENT**

-v-


C.H. ROBINSON WORLDWIDE, INC.,

                      Defendant.
------------------------------------------------------------------X
C.H. ROBINSON WORLDWIDE, INC.,

                      Third-Party Plaintiff,

-v-


ONSTAR SERVICES, INC. d/b/a JETEX
AIR EXPRESS, INC. and COMPLETE TRANSPORT
SYSTEMS, LLC

                      Third-Party Defendants.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, this Court has entered an Order GRANTING Defendant/Third-Party Plaintiff, C.H. Robinson Worldwide, Inc.'s Motion for Final Judgment by Default against Third-Party Defendant, Onstar Services, Inc. d/b/a JetEx Air Express, Inc., with the amount of the judgment to be $80,413.20, which reflects $40,000.00 in indemnification and $40,413.20 in attorney's fees; subject to pre-judgment interest of 9% per year from the date that Third-Party Defendant, C.H. Robinson Worldwide, Inc. filed its Motion for Final Judgment by

Case 1:21-cv-06595-RA   Document 85   Filed 06/29/23   Page 2 of 2

Default to the date of the Order, in the amount of $5,531.99; and subject to post-judgment interest of 9% per year from the date this Order is entered to the date the judgment is satisfied; accordingly, the case is closed.

Dated:  New York, New York
        June 29, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   *K. Mango*

**Deputy Clerk**